**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| OSCAR CERVANTES,<br><br>        Petitioner,<br><br>    vs.<br><br>WILLIAM MUNIZ, Warden,<br><br>        Respondent. | Case No. CV 15-5195-JAK (JPR)<br><br>**J U D G M E N T** |

Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 10/26/15

JOHN A. KRONSTADT
U.S. DISTRICT JUDGE